# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY JONES, SR., et al. | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| SUSAN STELTZ, | : | No. 12-2541 |
| Defendant. | : | |

## ORDER

AND NOW, on September 6, 2013, in accordance with my accompanying memorandum opinion, it is ORDERED:

(1) Judgment is entered in favor of Plaintiffs Roy Jones, Sr., Jasmattie Jones, Roy Jones III, and Jasmattie Jones, as the parent and natural guardian of Samantha Marie Jones.

(2) The Change of Beneficiary forms executed by Decedent, Roy Jones, Jr. (the "Decedent"), on May 9, 2010, with respect to State Farm Life Insurance Policies 8,501,019 and LF-2375-2577 (the "Policies"), are invalid.

(3) Roy Jones, Sr. is the beneficiary of the Policies under the previously-executed beneficiary forms. However, based on the agreement of all Plaintiffs, as expressed at trial, Mr. Jones, Sr., shall pay all proceeds from the Policies, except for an amount that he was owed by the Decedent not exceeding $15,000, and any attorney's fees related to this action, to the decedent's children, Plaintiffs Roy Jones, III and Samantha Marie Jones.

(4) The Clerk of Court shall release all funds deposited by State Farm Life Insurance Company in relation to this action to Mr. Jones, Sr. to be distributed as set forth in paragraph 3.

(5) This is a final judgment. The Clerk of the Court shall mark this case closed.

BY THE COURT:

/s/Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE